**Dismissed and Memorandum Opinion filed November 14, 2013.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-13-00781-CV

---

### CLAUDIA P. STRIETER, Appellant

### V.

### JAMES R. STRIETER, Appellee

---

**On Appeal from the 308th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-25045**

---

## M E M O R A N D U M   O P I N I O N

According to information provided to this court, this appeal is from an order granting a plea to the jurisdiction signed July 29, 2013. The record in this appeal was due on or before September 27, 2013, but it has not been filed. The clerk responsible for preparing the record informed this court that appellant did not make arrangements to pay for the record, and appellant has not established indigence. Tex. R. App. P. 20.1 (listing requirements for establishing indigence).

On October 17, 2013, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). Appellant has not provided this court with proof of payment for the record or filed any response to this court's notice.

In addition, our records show that appellant has not paid the $175.00 appellate filing fee. *See* Tex. R. App. P. 5; *see also* Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 13-9127 (Tex. Aug. 16, 2013) (listing fees in court of appeals); Tex. Gov't Code § 51.207 (same). On September 27, 2013, the court notified appellant that the filing fee was past due and the appeal was subject to dismissal unless the fee was paid on or before October 7, 2013. No response was filed.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Christopher, Donovan, and Brown.

2